**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| ANTHONY SPRADLEY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. IP 98-38-CR-01-M/F |
| | ) | No. 1:08-cv-1234-LJM-JMS |
| UNITED STATES OF AMERICA, | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the civil action docketed as No. 1:08-cv-1234-LJM-JMS is **dismissed for lack of jurisdiction.**

Date: 10/22/2008

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

Anthony Spradley, #05772-028, USP McCreary, P.O. Box 3000, Pine Knot, KY, 42635
Gerald A. Coraz, Office of the United States Attorney, 10 West Market Street
     Suite 2100, Indianapolis, IN   46204-3048